UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00050 |
| | § | |
| PAX CHRISTI INSTITUTE, | § § § | |
| Defendant. | § | |

## ORDER STRIKING DOCUMENT

This action is stayed pursuant to the Court's Order Granting Defendant's Motion to Stay and Compelling Arbitration (D.E. 25). The only exception to the stay is the Court's order for status reports on the progress of the arbitration and whether this case may be dismissed because arbitration is complete. On January 3, 2018, Plaintiff Liberty Mutual Insurance Company filed a "Response to Status Report" (D.E. 27). Rather than addressing the issue of whether the arbitration is in progress or complete, it seeks a new remedy of dismissal of this action in place of the current stay pending arbitration. The response is, in reality, a motion to dismiss. The motion was filed in violation of the Court's order granting a stay and without first seeking relief from stay. For these reasons, the Court STRIKES the response construed as a motion (D.E. 25) and administratively terminates Plaintiff's request for relief.

ORDERED this 5th day of January, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE