United States District Court
Southern District of Texas

**ENTERED**

November 07, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-050 |
| | § | |
| PAX CHRISTI INSTITUTE, | § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Agreed Order of Dismissal with Prejudice, the Court

enters final judgment dismissing this action with prejudice.

ORDERED this 7th day of November, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE